Oct. 12, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk

Abel Acosta Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711          RE: PD-1037-15

To The Honorable Court of Appeals:

Appellant in the above refferenced cause, forwards the (2) two enclosed copies of letters from counsel in this matter (review) before the court.

Appellant herein, seeks to show the court — by example — the extent of his conversation (discourse) with counsel in the aforementioned cause. The letters Also illustrate "total" representation.

Keisha Smith refused Numerous phone calls from appellant, friends and family. Jail house phone records will support appellant's claims.

Keisha Smith make (1) one jail visit to appellant.

On November 12, 2014, Attorney Smith — in her letter — says she "filed a brief" on appellant's behalf, later she reffers to the brief as "our brief".

Appellant claims Ineffective assistance of counsel (Conflict of Interest) and contents the brief was filed on behalf of the "trial court". Attorney Smith's brief is void of the "plain error" of appellant's "BOND" revocation issue.

Respectfull Submitted
Wade Dix
Appellant

# Owmby & Smith

## ATTORNEYS AT LAW

November 12, 2014

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Wade Dix
SPN: 00313459   CELL:  CB2B
1200 Baker St.
Houston, Texas 77002

Mr. Dix:

Please find enclosed a copy of the brief, I filed on your behalf – as well as a copy of the transcript.  The State now has thirty days to respond to our brief or request an extension of time to respond.

Please contact me if you have any questions and concerns.

Sincerely,

Keisha L. Smith
Attorney at Law

# *Keisha Smith*

## ATTORNEY AT LAW

## THE LAW OFFICE OF KEISHA L. SMITH

July 13, 2015

Wade Dix

Mr. Dix:

On July 7, 2015, the Court of Appeals issued an opinion in your case. Unfortunately, they affirmed the case. I believe the Court of Appeals has mailed you a copy of their opinion, but for good measure I have enclosed another copy with this letter. Your next option is to file a petition for discretionary review (PDR) with the Texas Court of Criminal Appeals. A PDR is not a matter of right like an appeal, but is discretionary with the Court. Please review rules 66, 68, and 69 of the Texas Rules of Appellate Procedure for further guidance on filing a PDR. **I will not be filing a PDR on your behalf.** I am sorry, as I know you are probably very disappointed with the outcome of the case. You, however, can file a Pro-Se PDR on your own behalf. Please know that a PDR must be filed within 30 days after the Court's opinion. You may also ask the Court of Criminal Appeals for a 30 day extension to submit a petition.

Mr. Dix it was a pleasure working on your appeal, and I wish you much success in your future endeavors. Please do not hesitate to contact me if you have any further questions.

Sincerely,

Keisha Smith
Attorney at Law

Enc: